September 16, 2009

In regards to: Case # 07-20057-D

MRS. CAROLYN AVERY
U.S. BANKRUPTCY COURT CLERK
200 JEFFERSON ST 4TH FLOOR
MEMPHIS, TENNESSEE 38103

To Whom It May Concern:

SUBJECT: RE-CLAIM FUNDS

This letter is to inform the courts that Clifton and Christina Garrett would like to reclaim the funds issued on
check # 6285187 in the amount of $1, 768.00. I was instructed by Mrs. Avery to send this letter to reclaim
these funds along with our case # 07-20057-D. If needed you may contact me at 901-746-9232.

Sincerely,

Christina D. Garrett

Christina D. Garrett

3056 LYNCHBURG STREET
MEMPHIS, TN 38134